AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BJORN ERIK HAAPANIEMI,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:25-cv-12

WARDEN SWANEY, and ASSISTANT MEDICAL DIRECTOR FULCHER,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, based on the Order dated April 21, 2025, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute. Additionally, the Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: /s/ B. Cheesbro
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

April 22, 2025
Date

John E. Triplett, Clerk of Court
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk

GAS Rev 10/2020